IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TREMONT LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| HALLIBURTON ENERGY SERVICES, INC., *et al.*, | § § § | CIVIL ACTION NO. H-08-1063 |
| | § | |
| Defendants, | § | |
| VS. | § | |
| | § | |
| NL INDUSTRIES, INC., | § | |
| | § | |
| Third-Party Defendant. | § | |

## ORDER OF CONSOLIDATION

In Civil Action No. H-05-4160, this court has severed the counterclaim filed by Tremont LLC ("Tremont") against Halliburton Energy Services, Inc. and DII Industries, Inc. (together, "Halliburton") because the relief sought in that counterclaim is also sought in Civil Action No. H-08-1063. The severed counterclaim and answer from Civil Action No. H-05-4160, Docket Entries No. 240 and 271, are consolidated with the claims already pending in Civil Action No. H-08-1063. FED. R. CIV. P. 42(a). Pleadings and submissions related to this counterclaim are to be filed under Civil Action No. H-08-1063.

SIGNED on October 6, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge