# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TREMONT LLC, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § |
| | § |
| HALLIBURTON ENERGY SERVICES, | § |
| INC., *et al.*, | §    CIVIL ACTION NO. H-08-1063 |
| | § |
| Defendants, | § |
| | § |
| VS. | § |
| | § |
| NL INDUSTRIES, INC., | § |
| | § |
| Third-Party Defendant. | § |

## ORDER GRANTING MOTION TO EXTEND DEADLINE TO CONDUCT DISCOVERY RELATED TO GULF NUCLEAR SITES

Halliburton Energy Services, Inc. and DII Industries, LLC (together, "Halliburton") have moved to extend the deadline to conduct discovery related to the Gulf Nuclear Sites. (Docket Entry No. 38). The request for additional time is reasonable. The parties may continue conducting discovery into the issue of whether the Gulf Nuclear Sites are part of the Petroleum Services Business. A hearing is set for **December 12, 2008, at 10:00 a.m.**, to discuss discovery issues and to set a new deadline for completing discovery on whether the Gulf Nuclear Sites are part of the Petroleum Services Business.

The court will rule on Halliburton's request for clarification as to whether discovery

may be conducted on matters not related to the Gulf Nuclear Sites after a response is received or the time for response has passed.

        SIGNED on November 25, 2008, at Houston, Texas.

                                        Lee H. Rosenthal
                                   United States District Judge