# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TREMONT LLC, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § |
| | § |
| HALLIBURTON ENERGY SERVICES, | § |
| INC., *et al.*, | §   CIVIL ACTION NO. H-08-1063 |
| | § |
| Defendants, | § |
| | § |
| VS. | § |
| | § |
| NL INDUSTRIES, INC., | § |
| | § |
| Third-Party Defendant. | § |

# ORDER

Several motions for partial summary judgment are pending. Tremont LLC ("Tremont") has moved for partial summary judgment that Halliburton Energy Services, Inc. and DII Industries, LLC (together, "Halliburton") are required to indemnify Tremont for the claims brought by the estate of Steven Christian Lindsey, deceased, who drowned at the pit lake located at the Magcobar Dresser Industries Site in Magnet Cove, Arkansas. (Docket Entry No. 75). Tremont has also moved for partial summary judgment that Halliburton is responsible for all costs and expenses that Tremont has incurred and will incur to defend, indemnify, investigate, respond to, and remediate with regard to the Malone Service Company Superfund Site, Texas City, Galveston County, Texas, including all expenses and

payments in connection with the litigation captioned *Malone Service Company Superfund Site & Southeast Environmental, LLC and Regor Property, LLC v. BP Amoco Chemical Company, et al.*, Cause No. 03-CV-0950, in the District Court of Galveston County, Texas, 10th Judicial District.  (Docket Entry No. 93).  NL Industries, Inc. ("NL") has moved for partial summary judgment dismissing all Comprehensive Environmental Response Compensation and Liability Act of 1980 ("CERCLA") contribution claims in Halliburton's third-party complaint against NL.  (Docket Entry No. 96).  The time for responses to Tremont's motion on the Malone Site and NL's motion on the CERCLA claims has not yet passed.  Oral argument on all three pending motions for partial summary judgment will be set after briefing on all three motions is complete.

SIGNED on March 29, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge