**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| TREMONT LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| HALLIBURTON ENERGY SERVICES, | § | |
| INC., *et al.*, | § | CIVIL ACTION NO. H-08-1063 |
| | § | |
| Defendants, | § | |
| | § | |
| VS. | § | |
| | § | |
| NL INDUSTRIES, INC., | § | |
| | § | |
| Third-Party Defendant. | § | |

**ORDER**

The hearing set for June 25, 2010 to hear arguments on the summary judgment motions is reset to **June 29, 2010, at 11:00 a.m.** In addition to hearing arguments on the summary judgment motions, the court will also hear arguments on all other pending motions at this hearing.

SIGNED on May 20, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge